IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NAOMI MOODY**                                                                         **PLAINTIFF**

V.                                                                  **CAUSE NO. 3:21-CV-281-CWR-FKB**

**KENNETH WAYNE SMITH; KIMBERLY**                  **DEFENDANTS**
**SMITH d/b/a PRO CARS; JOHN DOES 1-**
**10**

## ORDER OF DISMISSAL

The matter is before the Court on its own motion. After reviewing the record and relevant legal authority, for the reasons discussed below, the Court finds that this civil action should be dismissed without prejudice.

Naomi Moody, through her counsel, filed the complaint in this case on April 28, 2021. Her claims against defendants Kenneth Wayne Smith, Kimberly Smith doing business as Pro Cars, and John Does 1-10, stem from a car accident that occurred on September 28, 2020 in Canton, Mississippi. Owing to the diversity of citizenship of the parties and amount in controversy, which "exceed[ed] $75,000 exclusive of interests and costs," *see* Docket No. 1 at 2, jurisdiction was proper in this Court. *See* 28 U.S. § 1332. That same day, the Court issued summons as to defendants Wayne and Smith. Docket No. 2.

Since then, Moody has taken no further action in this case.

It is well-established that a federal district court can "dismiss a plaintiff's action . . . because of his failure to prosecute.*" Link v. Wabash R. Co.*, 370 U.S. 626, 629 (1962). "The power to invoke this sanction is necessary in order to prevent undue delays in the disposition of pending cases and to avoid congestion in the calendars of the District Courts." *Id.* at 629-30.

Here, the case cannot proceed in any meaningful way until Moody takes action. Such inaction—almost a year without further filing—makes it clear to the Court that Moody no longer wishes to pursue this lawsuit. Dismissal without prejudice is therefore warranted. A separate Final Judgment will be issued this day.

**SO ORDERED**, this the 9th day of March, 2022.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
